■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN MURRAY, Appellant. [618 NYS2d 230] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Goldstein, J.), rendered September 1, 1992, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that the trial court erred in refusing to charge manslaughter in the second degree as a lesser-included offense of depraved indifference murder. We find, however, that there was no reasonable view of the evidence which would support a finding that the defendant committed the lesser offense but not the greater (see, CPL 300.50 [1]; *People v Gomez*, 65 NY2d 9; *People v Roe*, 74 NY2d 20; *People v Zebrowski*, 198 AD2d 716; *People v Ochoa*, 142 AD2d 741).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Sullivan, J. P., Balletta, Rosenblatt and Florio, JJ., concur.